# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| MR. KENDAL MOSES, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. CV411-157 |
| ANN McNELLIS ELMORE, Assistant District Attorney; *et al.*, | ) ) ) ) |
| Defendants. | ) ) |

## REPORT AND RECOMMENDATION

Proceeding *pro se*, Kendal Moses filed this 42 U.S.C. § 1983 action on June 22, 2011. Doc. 1. The Court granted him leave to proceed *in forma pauperis* but directed him to file additional information. Doc. 3. Moses, however, has failed to keep the Court apprised of his current address, as that Order has been returned by the Postal Service as "underliverable." Doc. 4. Local Rule 11.1 places a continuing duty on attorneys and *pro se* litigants to keep the Court apprised of their current address. Without a current mailing address, the Court cannot move this case forward or even communicate with plaintiff.

A court has the power to prune from its docket those cases that amount to no more than mere deadwood. Accordingly, plaintiff's complaint should be **DISMISSED** without prejudice for his failure to prosecute this action. S.D. Ga. LR 41(b); *see Link v. Wabash Railroad Co.*, 370 U.S. 626, 630–31 (1962) (courts have the inherent authority to dismiss claims for lack of prosecution); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983); *Floyd v. United States*, No. CV491-277 (S.D. Ga. June 10, 1992). As the Clerk has no valid address for the plaintiff (who has evidently lost interest in his case), he is excused form any further attempts to serve the plaintiff.

**SO REPORTED AND RECOMMENDED**, this 18TH day of July, 2011.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA