IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

KENDAL MOSES,                           )
                                        )
    Plaintiff,                          )
                                        )
v.                                      )   CASE NO. CV411-157
                                        )
ANN MCNELLIS ELMORE, Assistant          )
District Attorney; MR. GRANT,           )
Chief Hearing Examiner, Georgia         )
State Board of Pardon and               )
Parole; SHIRITA SOMNER, Parole          )
Officer; and DANIEL M. KING             )
JR.;                                    )
                                        )
    Defendants.                         )
                                        )

### O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 5), to which no objections have been filed. After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case and Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**. Accordingly, the Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 26th day of October 2011.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA