IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

KENDAL MOSES,

    Plaintiff,

v.                      CASE NO. CV411-157

ANN MCNELLIS ELMORE, Assistant
District Attorney; MR. GRANT,
Chief Hearing Examiner, Georgia
State Board of Pardon and
Parole; SHIRITA SOMNER, Parole
Officer; and DANIEL M. KING
JR.;

    Defendants.

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 5), to which no objections have been filed. After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case and Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**. Accordingly, the Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 26th day of October 2011.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA